# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Spinedex Physical Therapy, U.S.A., Inc.**, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>**United Healthcare of Arizona, Inc.**, et al.,<br><br>          Defendants. | No. CV 08-457-PHX-ROS<br><br>**[PROPOSED] ORDER REQUESTING THE COURT RESET THE RULE 16 CONFERENCE TO OCTOBER 9, 2009** |

Pursuant to the Parties' Stipulation Requesting the Court Reset the Rule 16 Conference to October 9, 2009, and good cause appearing therefore:

**IT IS ORDERED** the Rule 16 Scheduling Conference set for October 30, 2009, is reset for October 9, 2009 at 9:00 A.M.

**FURTHER ORDERED** the Parties shall file with the Court an Amended Proposed Case Management Plan and Amended Proposed Scheduling Order be filed on or before September 30, 2009.