John C. West - 007233
jwest@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona  85004-2385
Telephone:  (602) 262-5911

*Attorneys for Certain Defendants\**

Jeffrey S. Klein (admitted pro hac vice)
jeffrey.klein@weil.com
Nicholas J. Pappas (admitted pro hac vice)
nicholas.pappas@weil.com
Christopher R.J. Pace (admitted pro hac vice)
christopher.pace@weil.com
Salvatore A. Romanello (admitted pro hac vice)
salvatore.romanello@weil.com
Martin C. Geagan, Jr. (admitted pro hac vice)
martin.geagan@weil.com
Jared R. Friedmann (admitted pro hac vice)
jared.friedmann@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY  10153
Telephone:  (212) 310-8584

*Attorneys for Certain Defendants\**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Spinedex Physical Therapy, U.S.A., Inc.**, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> **United Healthcare of Arizona, Inc.**, et al., <br><br> Defendants. | No. CV 08-457-PHX-ROS <br><br><br> **SECOND JOINT STATUS REPORT** |

\* = *See* Attachment A

Pursuant to this Court's request at the December 10, 2009 Scheduling Conference, the parties submit this Second Joint Status Report regarding their positions on "automatic exhaustion" of Plaintiffs' benefit claims. On December 14, 2009, Plaintiffs directed Defendants to paragraph 112.f. of the Second Amended Complaint (Doc. 38). Plaintiffs' position is that paragraph 112.f. specifically alleges how the United Defendants' initial benefit determinations fail to comply with ERISA's initial notification of benefit determination requirements ("ERISA Requirements"). This reference was also previously provided in a letter from Plaintiffs' counsel to Defendants' counsel dated December 8, 2009. In addition, on December 17, 2009, Plaintiffs provided a detailed explanation of how they believe the United Defendants' initial benefit determinations (through documents denominated as Explanations of Benefits ("EOBs") or otherwise) fail to comply with ERISA Requirements. The explanation includes references to initial determinations by Bates Number for four participants. The explanation also analyzes why Plaintiffs believe the standard remark codes used by the United Defendants in connection with initial benefit determinations are illegal. Defendants' position is that the documents cited by Plaintiffs are not subject to ERISA Requirements because they are not "participant EOBs" and, in some cases, not adverse benefit determinations.

During the December 17, 2009 meet and confer, Defendants pointed out what they believe to be material differences between EOBs that are sent to providers and EOBs that are sent to participants by referencing specific EOBs. Following the meet and confer, Defendants provided Plaintiffs with additional "participant EOBs" for their review. Defendants believe that "participant EOBs" that include adverse benefit determinations are the EOBs that are subject to and comply with ERISA Requirements. Plaintiffs' preliminary review indicates that Plaintiffs' position will be that these "participant EOBs" are equally illegal. Plaintiffs are currently evaluating the legal relevance of the participant EOBs as compared to the provider/assignee EOBs.

The parties will further discuss whether the United Defendants comply with ERISA Requirements and whether Plaintiffs' claims have been exhausted at their weekly conferences to determine if any agreement on these issues can be reached and will include a status update in their February 12, 2009 joint statement to the Court.

December 21, 2009

By: */s/ Joseph A. Garofolo*
    Joseph A. Garofolo, Esq.
    Jon F. Doyle, Esq.
    Benjamin P. Quest, Esq.
    GAROFOLO & DOYLE, P.C.
    22 Battery Street, Suite 1000
    San Francisco, CA 94111
    Tel: (415) 981-8500

Joseph A. Creitz, Esq.
THE LAW OFFICE OF JOSEPH A. CREITZ, P.C.
22 Battery Street, Suite 1000
San Francisco, CA 94111
Tel: (415) 269-3675

*Counsel for Plaintiffs*

By: */s/ John C. West*
    John C. West
    JENNINGS STROUSS & SALMON PLC
    The Collier Center, 11th Floor
    201 East Washington Street
    Phoenix, AZ 85004-2385
    Tel:    (602) 262-5911

*Counsel for Certain Defendants*

By: */s/ Jared R. Friedmann*
    Jeffrey S. Klein
    Nicholas J. Pappas
    Jared R. Friedmann
    (*all admitted pro hac vice*)
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, NY 10153
    Tel:    (212) 310-8000

*Counsel for Certain Defendants*

**ATTACHMENT A**

**Companies and Group Health Plans Represented by Jennings Strouss & Salmon P.L.C.:**

United Healthcare of Arizona, Inc.

Ingenix, Inc.

United Health Group, Inc.

United Healthcare, Inc.

United Healthcare Services, Inc.

United Healthcare Insurance, Co.

Alcatel-Lucent Retiree Welfare Benefits Plan

America West Holdings Corporation Employees' Health Care Plan

American Express Medical and Dental Plan

AT&T Medical Expense Plan for Occupational Employees

Delta Family-Care Medical Plan

Hasbro, Inc. Employee Benefit Plan

Honeywell International Inc. group health plan

IBM Medical and Dental Benefits Plan for Regular Full-time and Part-time Employees

Iridium Satellite LLC group health plan

Southwest Airlines Co. Funded Welfare Benefit Plan

**Companies and Group Health Plans Represented by Weil, Gotshal & Manges LLP:**

United Healthcare of Arizona, Inc.

Ingenix, Inc.

United Health Group, Inc.

United Healthcare, Inc.

United Healthcare Services, Inc.

United Healthcare Insurance, Co.

5 & Diner Franchise Corp.

Abbott Laboratories Health Care Plan

Acoustic Technologies, Inc. group health plan

Adobe Drywall, LLC/Adobe Paint, LLC Welfare Benefit Plan

ADP TotalSource, Inc. Health and Welfare Plan

Affiliated Cardiologists of Arizona, P.C. Group Health Plan

Art In Metal USA, LLC  group health plan

Car-Graph, Inc. group health plan

Discount Tire Company/America's Tire Company Welfare Benefit Plan

Downtown Tempe Community Inc. group health plan

Faxwatch, Inc. group health plan

General Motors Corporation group health plan

Genuine Parts Company group health plan

Home Depot U.S.A., Inc. group health plan

Insight Enterprises Inc. Welfare Benefit Plan

ITC Manufacturing & Powder Coating group health plan

Martz Agency Welfare Benefit Plan

MetLife Options Plan

Oldcastle, Inc. Welfare Benefit Plan

Pinnacle Engineering, Inc. group health plan

1. Pfizer Medical Plan
2. The Procter & Gamble Health Care Plan
3. Qualex Inc. Welfare Benefit Plan
4. Qwest Health Care Plan
5. Revlon Consumer Products Corporation Group Health Plan
6. Richard A. Bietz, D.D.S., P.C. group health plan
7. Shamrock Foods Company Welfare Benefit Plan
8. Shasta Industries Health Plan
9. The Smith Barney Inc. Medical Benefit Plan
10. SUMCO USA Welfare Benefit Plan
11. Temcon Concrete Welfare Benefit Plan
12. URS Corporation Welfare Benefits Plan
13. Watson Williams Freight Agency Inc. group health plan
14. Wells Fargo Health Plan

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2009, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants:

Joseph A. Garofolo, Esq.
Jon F. Doyle, Esq.
Benjamin P. Quest, Esq.
GAROFOLO & DOYLE, P.C.
22 Battery Street, Suite 1000
San Francisco, CA 94111

Attorneys for Plaintiff

Joseph A. Creitz, Esq.
THE LAW OFFICE OF JOSEPH A. CREITZ, P.C.
22 Battery Street, Suite 1000
San Francisco, CA 94111

Attorney for Plaintiff

I further certify that on December 21, 2009, I put in the U.S. Mail a paper courtesy copy of the foregoing document and the Notice of Electronic Filing to the assigned Judge.

*s/ Vickie E. Aragon*
Vickie E. Aragon